**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-50821**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**MANUEL PALACIOS-OLGUIN,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(W-00-CR-99-1)**
_____

April 30, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Manuel Palacios-Olguin has moved for leave to withdraw and has filed a brief pursuant to ***Anders v. California***, 386 U.S. 738 (1967). A copy of counsel's motion and brief was mailed to Palacios, who pleaded guilty to illegal re-entry into the United States, in violation of 8 U.S.C. §1326(b); but he has not filed response. Our review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the **APPEAL IS DISMISSED**. *See* 5TH CIR. R. 42.2.

*MOTION GRANTED; APPEAL DISMISSED*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.